UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE: : EX PARTE ~~ORDER~~

LETTER ROGATORY FOR INTERNATIONAL : M 93
JUDICIAL ASSISTANCE FROM THE :
ARGENTINE SPECIAL TAX COURT, :
BUENOS AIRES, ARGENTINA, :
IN THE MATTER OF AXION ENERGY :
ARGENTINA v. AFIP-DGI :
-------------------------------------------------------------x

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/19
```

WHEREAS, the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, on behalf of the Argentine Special Tax Court, Buenos Aires, Argentina, is seeking to obtain information from Glencore LTD, in New York, New York, for use in connection with a judicial proceeding pending in that court captioned "Axion Energy Argentina S.A. v. AFIP-DGI";

NOW THEREFORE, it is hereby ORDERED, pursuant to 28 U.S.C. § 1782(a), that Casey K. Lee, Assistant United States Attorney, Southern District of New York, be and hereby is appointed as Commissioner, to take such lawful steps as are necessary to obtain information from Glencore LTD and to submit said information to the United States Attorney for the Southern District of New York for transmission to the United States Department of Justice or its designee.

IT IS FURTHER ORDERED that the United States Attorney's Office shall serve Glencore LTD with a copy of this Order and the accompanying documents.

Dated: New York, New York
       September 13, 2019

_____
UNITED STATES DISTRICT JUDGE