UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

LETTER ROGATORY FOR INTERNATIONAL
JUDICIAL ASSISTANCE FROM THE ARGENTINE
SPECIAL TAX COURT, BUENOS AIRES,
ARGENTINA, IN THE MATTER OF AXION ENERGY
ARGENTINA v. AFIP-DGI

No. 19-mc-416 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 16, 2019, the Court issued an order granting the application for an order

pursuant to 28 U.S.C. § 1782.  As there are no further applications or motions pending, the Clerk

of Court is respectfully ordered to close this case.

SO ORDERED.

Dated:       April 21, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge